UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ROSANNA SANTORO,

                      Plaintiff,

    - against -

GRASSI & CO., CERTIFIED PUBLIC
ACCOUNTANTS, P.C. and AL RENZ
*in his individual and professional capacities.*

                      Defendants.
----------------------------------------------------------------X

Case No. 23 Civ. 489

## **NOTICE OF VOLUNTARY DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Rosanna Santoro hereby voluntary dismisses the instant action.

Dated: White Plains, New York
       March 22, 2023

*So ordered 3/22/23.*

_____
Tanvir H. Rahman
**FILIPPATOS PLLC**
Attorneys for Plaintiff
199 Main Street, Suite 800
White Plains, NY 10601
Tel: 914-984-1111
Fax: 914-984-1111
trahman@filippatoslaw.com